1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Maria Aguilera
6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MARIA AGUILERA, | Case No.: 2:13-cv-08161-JEM |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: April 30, 2014

_____
THE HONORABLE JOHN E MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

-1-